UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIEZER FERNANDEZ-CARRAZCO, | ) |
| | ) NO.  CR-06-2174-LRS |
| Defendant, | ) |
| | ) ORDER DENYING DEFENDANT'S MOTION |
| -vs- | ) FOR MODIFICATION OF SUPERVISED |
| | ) RELEASE OR REVOCATION PURSUANT |
| UNITED STATES OF AMERICA, | ) TO 18 U.S.C. §3583. |
| | ) |
| Plaintiff. | ) |
| | ) |

On October 1, 2013, Defendant Eliezer Fernandez-Carrazco filed, *pro se*, a "Petition For Modification of Conditions of Supervised Release or Revocation, Pursuant to 18 U.S.C. § 3585 (ECF No. 34). Defendant did not serve said motion on the government nor did he set his motion for hearing. Defendant requests that the Court terminate his pending matter, expedite proceedings and the ultimate disposition of this case.  The Court summarily denies Defendant's motion, **ECF No. 34**, based on failure to provide any justification for terminating or expediting his case. Defendant also requests an attorney.  The Court notes that Rule 5 Documents were received in this district from the UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles) on December 30, 2013.

The District Court Executive is directed to enter this Order.

**DATED** this 13th day of January, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1