PROB 12C
(7/93)

Report Date: May 20, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 0 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eliezar Fernandez-Carrasco    Case Number: 2:06CR02174-001

Address of Offender: Currently incarcerated at MCC San Diego, CA

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 01/04/2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 32 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: 03/18/2009 |
| Defense Attorney: | TBD | Date Supervision Expires: 03/17/2012 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about May 14, 2011.<br><br>Information received from the United States Immigration and Customs Enforcement, indicates the defendant was deported to Mexico, on March 20, 2009, at San Ysidro, California, and has not obtained legal permission to reenter the United States. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 16, 2011, a criminal complaint was filed with the United States District Court in the Southern District of California, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 3:11MJ01707-001. |

On that same date, the defendant made an initial appearance before the Court. The defendant was detained pending further action by the Court. The Southern District of California has respectfully declined a transfer of jurisdiction of this case.

According to the complaint, on May 14, 2011, the defendant made application for admission in the United States from Mexico, at the San Ysidro Port of Entry via the pedestrian lanes. Upon inspection, the defendant presented a Unites States birth certificate and a counterfeit identification card. Upon questioning, the defendant stated he was born in California, and was returning to the United States to work at NASSCO. When asked for his California, identification card, the defendant stated he lost it on the trolley. Upon further questioning the defendant admitted his true identity and citizenship.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/20/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/20/11
Date