PROB 12C
(7/93)

Report Date: August 1, 2012

# United States District Court

## for the

## Eastern District of Washington

## Supplemental Report for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 01 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender:  Eliezar Fernandez-Carrasco        Case Number: 2:06CR02174-001

Address of Offender: Currently incarcerated at Mendota FCI, CA

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 01/04/2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 32 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: 03/18/2009 |
| Defense Attorney: | TBD | Date Supervision Expires: 03/17/2012 (being tolled) |

## SUPPLEMENTAL REPORT FOR THE COURT

The probation officer has added the information from the defendant's disposition from his Southern District of California matter:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You are prohibited from returning to the United States without advanced legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about May 14, 2011.<br><br>Information received from the United States Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on March 20, 2009, at San Ysidro, California, and has not obtained legal permission to reenter the United States. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On May 16, 2011, a criminal complaint was filed with the United States District Court in the Southern District of California, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 3:11MJ01707-001. |

Prob12C
Re: Fernandez-Carrasco, Eliezar
August 1, 2012
Page 2

On that same date, the defendant made an initial appearance before the Court. The defendant was detained pending further action by the Court. The Southern District of California has respectfully declined a transfer of jurisdiction of this case.

According to the complaint, on May 14, 2011, the defendant made application for admission in the United States from Mexico at the San Ysidro Port of Entry via the pedestrian lanes. Upon inspection, the defendant presented a United States birth certificate and a counterfeit identification card. Upon questioning, the defendant stated he was born in California and was returning to the United States to work at NASSCO. When asked for his California identification card, the defendant stated he lost it on the trolley. Upon further questioning, the defendant admitted his true identity and citizenship.

A superseding indictment was filed under docket number 3:11CR02743-BEN, on July 13, 2011, charging Eliezar Fernandez-Carrasco with count 1: Attempted Illegal Entry (felony), in violation of 8 U.S.C. § 1325; count 2: Attempted Entry After Deportation, in violation of 8 U.S.C. § 1326(a) and (b); count 3: False Claim to United States Citizenship, in violation of 18 U.S.C. § 911; and count 4: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, in the Southern District of California. The defendant pled guilty to count 2 on May 21, 2012, and the remaining counts were dismissed. The Court imposed a sentence of 36 months incarceration, with 36 months of supervised release to follow.

The Court previously issued a warrant for the arrest of the defendant to answer to the allegations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/1/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   Other  *Add To File*

_____
Signature of Judicial Officer

8/1/12
Date